1  WILLIAM J. PORTANOVA, State Bar No. 106193
   PORTANOVA & ASSOCIATES
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   Fax: (916) 444-7998
4  WJP@Portanova.com

5  Attorney for Defendant
   SETH BEKENSTEIN
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              CASE Nos. 2-25-cr-00219; 2:25-cr-00220

11           Plaintiff,                   **STIPULATION AND ORDER TO
                                          CONTINUE DISPOSTION HEARING**
12      v.
                                          DATE: December 8, 2025
13 SETH BEKENSTEIN,                       TIME: 9:30 AM
                                          JUDGE: Hon. Dale A. Drozd
14           Defendant.

15

16

17       IT IS HEREBY STIPULATED by defendant SETH BEKENSTEIN, by and through his

18 undersigned counsel and Plaintiff United States of America, by and through its undersigned

19 counsel, that the disposition hearing scheduled for December 8, 2025, should be vacated and

20 continued to December 22, 2025, at 9:30 a.m.

21       Counsel for the defendant desires additional time to investigate and discuss disposition

22 with his client. The government and U.S. Probation do not object to this continuance.

23 //

24 //

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER TO          1
CONTINUE ADMIT/DENY HEARING

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |

DATED: December 1, 2025        */s/ William F. Portanova*
                                          WILLIAM F. PORTANOVA
                                          Attorney for Defendant
                                          SETH BEKENSTEIN

DATED: December 1, 2025        ERIC GRANT
                                          United States Attorney

                                          */s/ Douglas Harman*
                                          DOUGLAS HARMAN
                                          Assistant United States Attorney

### **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Bekenstein's Disposition hearing set for December 8, 2025 is continued to December 22, 2025, at 9:30 a.m. before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **December 1, 2025**

                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE